U.S. District Court Judge RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE A. MURFITT,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. C20-5037 RAJ<br><br>~~PROPOSED~~ ORDER RE EAJA FEES AND COSTS |

The Court having reviewed plaintiff's application for attorney's fees, the response filed by defendant, and the remaining record, does hereby find and ORDER:

(1) The Court GRANTS plaintiff's application for attorney's fees in the amount of $6,860.96 and costs in the amount of $400.00, for a total of $7,260.96 pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412, and *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010)..

(2) If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the checks for EAJA fees and EAJA costs shall be made payable to JEANETTE LAFFOON,

~~PROPOSED~~ ORDER RE EAJA FEES
AND COSTS                                        - Page 1
[C20-5037 RAJ]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  Any checks for EAJA fees and EAJA costs shall be mailed to Plaintiff's counsel, <u>JEANETTE LAFFOON, at 410-A South Capitol Way, Olympia, WA 98501</u>.

(3)  The Clerk is directed to send copies of this Order to counsel of record.

Dated this the 8th day of December, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER RE EAJA FEES AND COSTS - Page 2
[C20-5037 RAJ]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276